IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:23-cv-20-BO-BM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | DEFAULT JUDGMENT |
| | ) | |
| CURTIS EDWARD BEHELER, | ) | |
| | ) | |
| Defendant. | ) | |

Upon the motion for default judgment filed by Plaintiff, United States of America, against Defendant, Curtis Edward Beheler, the Court hereby **ORDERS**, **ADJUDGES**, and **DECREES** that:

A. The United States of America's motion for default judgment is **GRANTED** pursuant to Federal Rule of Civil Procedure 55(b)(1); and it is further adjudged, ordered, and decreed that

B. Default judgment in favor of the Plaintiff United States and against Defendant Curtis Edward Beheler in the amount of $346,582 as of June 15, 2023, with respect to his unpaid federal employment tax assessments (IRS Form 941) statutory additions, and interest for tax periods ending December 31, 2005; March 31, 2006; June 30, 2006; September 30, 2006; December 31, 2006; March 31, 2008; June 30, 2008; September 30, 2008; December 31, 2008; March 31, 2009; June 30, 2009; September 30, 2009; December 31, 2009; March 31, 2010; June 30, 2010; September 30, 2010 and with respect to his unpaid federal unemployment tax

assessments (IRS Form 940), statutory additions, and interest for the 2005, 2006, 2007, 2008, and 2009 tax periods, plus further interest and statutory additions accruing after that date until paid in full.

ENTERED: 3-21-2024

Peter A. Moore, Jr.
Clerk of Court